IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/20/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

| | |
|---|---|
| Kira Ferguson & Shannon Ferguson ) | |
| ) | |
| Plaintiff(s), ) | Case No. 1:23CV00032 |
| ) | State Court No. ~~CWF21-240-00~~ |
| v. ) | CL23001094-00 |
| ) | **O R D E R** |
| Susan Doonan Bielski, ) | |
| ) | |
| ) | |
| Defendant. ) | |

This case was recently removed from the Circuit Court for Wythe County to the United States District Court for the Western District of Virginia at Abingdon Division. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this Court at 180 W. Main Street, Suite 104, Abingdon, VA 24210, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court of Wythe County.

ENTERED: September 20, 2023

_/s/ James P. Jones_
Senior United States District Judge