IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Abingdon Division)

| | |
|---|---|
| KIRA FERGUSON, individually and as Executrix of the ESTATE OF WILLIAM S. FERGUSON, DECEASED, and SHANNON FERGUSON, in her own right,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN DOONAN BIELSKI<br><br>    Defendant. | Case No. 1:23-cv-00032 |

## NOTICE OF APPEARANCE

  To the Clerk of this Court and all parties of record: Please enter my appearance as counsel in this case for **Susan Doonan Bielski**. I certify that I am admitted to practice in this Court.

Date: September 21, 2023

      **Respectfully submitted,**

      **SUSAN DOONAN BIELSKI**

      /s/ Stewart R. Pollock
      Stewart R. Pollock (VSB No. 92466)
      MORAN REEVES & CONN PC
      1211 E. Cary Street
      Richmond, Virginia 23219
      Telephone: (804) 421-6250
      Facsimile: (804) 421-6251
      spollock@moranreevesconn.com
      *Counsel for Susan Doonan Bielski*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of <u>September</u>, 2023, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record.

<u>/s/ Stewart R. Pollock</u><br>
Stewart R. Pollock (VSB No. 92466)<br>
MORAN REEVES & CONN PC<br>
1211 E. Cary Street<br>
Richmond, Virginia 23219<br>
Telephone: (804) 421-6250<br>
Facsimile: (804) 421-6251<br>
spollock@moranreevesconn.com<br>
*Counsel for Susan Doonan Bielski*

2