IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KIRA FERGUSON, *individually and as Executrix of the Estate William S. Ferguson, Deceased* -and- SHANNON FERGUSON, *in her own right*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>SUSAN DOONAN BIELSKI,<br><br>        *Defendant*. | No.: 1:23-cv-00032-JPJ-PMS |

## **ORDER**

     Upon review and consideration of the Motion and the Verified Statement and Application for Pro Hac Vice Admission of Gerard K. Schrom to represent Plaintiffs, Kira Ferguson, and Shannon Ferguson in this matter, (Docket Item No. 8) ("Motion"), the court finds that Gerard K. Schrom has met all requirements for pro hac vice admission to appear and participate in this case.

     Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**.

     It is further **ORDERED** that Flux J. Neo, Esquire of the law firm Flux J. Neo Law Firm, PLLC, be and is hereby designated to act as responsible local counsel for Gerard K. Schrom, in this case as required by Rule 8(c) of the Rules for Admission to the Practice of Law in the Commonwealth of Virginia, as well as the 6(d) of the Federal Rules of Civil Procedure for the District Court for the Western District of Virginia.

     **ENTERED**: January 3, 2024.

                                              /s/ *Pamela Meade Sargent*
                                          UNITED STATES MAGISTRATE JUDGE