IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, ET AL., Plaintiffs, | Case No. 1:23CV00032 |
| v. | **ORDER** |
| **SUSAN DOONAN BIELSKI,** Defendant. | JUDGE JAMES P. JONES |

Defendant having given notice of her name change, it is **ORDERED** that the Clerk shall change the name of the defendant on the docket as follows: "Susan Doonan Blackwell, f/k/a Susan Doonan Bielski."

ENTER: March 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge