# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| KIRA FERGUSON, Individually and as Executrix of the Estate of William S. Ferguson, Deceased, Plaintiffs, | ) ) ) ) | |
| | ) | Case No. 1:23CV00032 |
| v. | ) ) ) | **ORDER** |
| SUSAN DOONAN BLACKWELL, f/k/a SUSAN DOONAN BIELSKI, | ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Plaintiffs have filed an Amended Complaint without leave of court or written consent of the opposing party. Fed. R. Civ. P. 15(a)(2). The Amended Complaint shall be of no effect unless a written consent of the defendant is filed within 14 days or within such time Plaintiffs obtain by motion the leave of court.

It is so **ORDERED**.

ENTER: March 25, 2024

/s/ JAMES P. JONES
Senior United States District Judge