# LAST WILL AND TESTAMENT
# OF
# WILLIAM S. FERGUSON

I, William S. Ferguson, of the County of Wythe, Virginia, being of sound and disposing mind and memory, do hereby make publish and declare this to be my Last Will and Testament, hereby revoking any and all wills and codicils heretofore made by me at any time.

## ARTICLE ONE
### Payment of Debts
### Designation of Survivors

I direct that my funeral expenses and all my just debts be paid as soon as possible after my death.

No person named in this Last Will and Testament will be considered to have survived me unless they are alive fifteen (15) days after the date of my death.

## ARTICLE TWO
### Specific Bequests

I may leave a handwritten list of items which will also name the person(s) I intend for said property to go to. If said list is found with my Will then I do hereby give, devise, and bequeath those items to the person(s) named therein.

## ARTICLE THREE
### Residuary Estate

The residuary of my estate will consist of any personal property belonging to me, any real estate titled in my name, and any assets of the Marie Sandrel L.L.C., of which I am the surviving member, and in which name is held most of the real estate that belongs to me. Since it appears that there would be no equitable way to divide such property

EXHIBIT A

amongst my heirs, I direct my Executor to sell said property at a fair market value, which may include public auction of some or all of the property, and divide it as set out in paragraph two (2) of this residuary clause.

I hereby give, devise, and bequeath all the rest, residue, and remainder of my estate, both real and personal, and wheresoever situated, to the following persons in the following percentages:

A. To Sandy Doonan whom resided in Portland, Oregon at the time this Will is made; thirty percent (30%).

B. To Susan Doonan whom resided in Blackwell, New Hampshire at the time this Will made; thirty percent (30%).

C. To my daughter, Shannon Ferguson whom lived in Philadelphia, Pennsylvania at the time this Will was made; twenty percent (20%).

D. To my daughter, Kira Ferguson whom lived part time in Wythe County, Virginia and part time in Philadelphia, Pennsylvania at the time this Will was made; twenty percent (20%).

### ARTICLE FOUR
### Appointment of Executors and Trustees
### Powers and Duties

I do hereby nominate, constitute, and appoint Sandy Doonan, as my Executrix of this, my Last Will and Testament. In the event she fails to serve or fails to act in her duties then, I hereby nominate, constitute, and appoint Kira Ferguson, to serve as my Executrix. I direct that no surety or security be required of them on their bond as such. My fiduciary shall receive for his or her services reasonable compensation therefore.

**EXHIBIT A**

In administrating my estate, my fiduciary is hereby granted all of the powers of fiduciaries as set forth in § 64.2-100, et seq. of the Code of Virginia, in effect as of the date hereof, and any subsequent amendments thereto, and all of said powers as enumerated therein are hereby incorporated and made a part of this will, it being my intention to confer upon my fiduciaries the broadest and amplest powers, the foregoing powers being by way of illustration and not by way of limitation.

This Will is signed by me this 24 day of FEB, 2021, at Wytheville, Virginia.

_____(SEAL)
WILLIAM S. FERGUSON

We, the undersigned, do hereby certify that William S. Ferguson, the above-named Testator, on the day and year written above, signed the foregoing instrument consisting of five (5) typewritten pages, including the attestation clause and the signature of the witnesses, in our presence, and published and declared the same to be his Last Will and Testament, and we, at the same time, at his request, and in the presence of each other, have hereunto set our hands as subscribing witnesses, and we further certify that at such time he was of sound and disposing mind and memory, and that he was over the age of eighteen (18) years.

_____
Karen M. Welter, Witness

_____
Randy Jones, Witness

**EXHIBIT A**

STATE OF VIRGINIA
COUNTY OF WYTHE,

Before me, the undersigned authority, on this day personally appeared William S. Ferguson, Karen M. Welther and Randy Jones, known to me to be the testator and the witnesses, respectively, whose names are signed to the attached or foregoing instrument and, all of these persons being by me first duly sworn, William S. Ferguson, the testator, declared to me, and to the witnesses in my presence that said instrument is his last will and testament and that he had willingly signed or directed another to sign the same for his, and executed it in the presence of said witnesses stated as his free and voluntary act for the purposes therein expressed; that said witnesses stated before me that the foregoing will was executed and acknowledged by the testator as his last will and testament in the presence of said witnesses who, in his presence and at his request, and in the presence of each other, did subscribe their names thereto as attesting witnesses on the day of the date of said will, and that the testator, at the time of the execution of said will, was over the age of eighteen (18) years and of sound and disposing mind and memory.

EXHIBIT A